October 22, 2010

Ms. Mary D. McKnight
Law Offices of Mary D. McKnight
2620 State Street
Dallas, TX 75204

Mr. Thomas M. Michel
Griffith, Jay & Michel, LLP
2200 Forest Park Blvd.
Fort Worth, TX 76110
Mr. Laurence A. DePlaza
DePlaza & O'Connor
5172 Village Creek Dr. #103
Plano, TX 75093

RE: Case Number: 10-0855
 Court of Appeals Number: 02-10-00068-CV
 Trial Court Number: 360-355674-03

Style: IN RE JEFFREY COOK

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
in the above-referenced case. (Justice Lehrmann not sitting)
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Mr. Thomas A. |
| |Wilder |
| |Ms. Debra Spisak |